**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT FRIEDMAN, )<br>          )<br>          Plaintiff, )<br>          )<br> vs. )<br>          )<br> LAS VEGAS METROPOLITAN POLICE )<br> DEPARTMENT, DOUGLAS GILLESPIE, )<br> individually and in his capacity as Sheriff of )<br> Las Vegas Metropolitan Police Department, )<br>          )<br>          Defendants. )<br>_____) | Case No. 2:14-cv-00821-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated May 22, 2014, required the parties to file a Joint Status Report no later than June 24, 2014. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **July 14, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge